UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOHN E. JONES,

                      Petitioner,

   -against-

TRANSMETRO EXPRESS DELIVERY, INC. and
DARREN CLARK,

                      Respondents.

------------------------------------- x

ORDER

19 Civ. 7462 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for December 10, 2019 is canceled. The status conference currently scheduled for February 18, 2020 is hereby converted to an initial conference.

Dated: New York, New York
       December 9, 2019

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge